No. 5402.—MUNICIPIO DE GUÁNICA, aplte., *v.* COMISIÓN DE SERVICIO PÚBLICO DE PUERTO RICO Y MUNICIPIO DE LAJAS, apldos.—C. D. San Juan. Noviembre 9, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Siendo las cuestiones envueltas en este caso idénticas a las del caso No. 5401, *Horace Havemeyer et als.* v. *Comisión de Servicio Público de Puerto Rico y Municipio de Lajas,* resuelto en el día de hoy, por los fundamentos de la opinión de dicho caso No. 5401 *se confirma* la sentencia apelada que en el presente caso dictó la Corte de Distrito de San Juan en junio 4, 1930.